UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUSTIN WIEDENMANN,<br><br>     Plaintiff,<br><br> v.<br><br>MOUNTAIN RUN SOLUTIONS LLC,<br><br>     Defendant. | Case No. C21-5074 MLP<br><br>ORDER TO SHOW CAUSE |

On January 28, 2021, Plaintiff initiated this action seeking damages for alleged violations of the federal Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq*. (Dkt. # 1.) On February 19, 2021, Plaintiff filed an affidavit that service of summons and the complaint were executed upon Defendant on February 9, 2021. (Dkt. # 3.) Thus, it appears Defendant was properly served. To date, no answer or Rule 12 motion has been filed, and no attorney has appeared on behalf of Defendant.

It is ORDERED that Plaintiff show cause by August 30, 2021 why this matter should not be dismissed for failure to prosecute. Failure to do so will result in dismissal of this action without prejudice.

//

ORDER TO SHOW CAUSE - 1

Dated this 26th day of July, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER TO SHOW CAUSE - 2