UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUSTIN WIEDENMANN,

          Plaintiff,

   v.

MOUNTAIN RUN SOLUTIONS LLC,

          Defendant.

Case No. C21-5074-MLP

ORDER

On January 28, 2021, Justin Wiedenmann ("Plaintiff") filed his Complaint in this matter. (Dkt. # 1.) Mountain Run Solutions LLC ("Defendant") has yet to appear. On August 30, 2021, Plaintiff filed a Motion for Clerk's Entry of Default against Defendant. (Dkt. # 6.) The Clerk's Office entered default on September 2, 2021. (Dkt. # 8.)

Entry of default does not end an action—a plaintiff must still take affirmative steps to obtain a default judgment. *See* Fed. R. Civ. P. 55(b)(2). It is a plaintiff's duty to prosecute the action and move the case forward. *See* Fed. R. Civ. P. 41(b). Since entry of default on September 2, 2021, Plaintiff has failed to act.

Accordingly, Plaintiff is ORDERED to act on or before November 16, 2021, or the Court will recommend dismissal of this action pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

ORDER - 1

Dated this 2nd day of November, 2021.

*[signature]*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER - 2